1   Craig A. Pinedo, State Bar No. 191337
    *cpinedo@pinedolaw.com*
2   PINEDOLAW
    425 California Street, 19th Floor
3   San Francisco, CA  94104
    Telephone  (415) 693-9155
4   Facsimile  (415) 421-1815

5   and

6   James J. Proszek, *Pro Hac Vice*
    jproszek@hallestill.com
7   HALL, ESTILL, HARDWICK, GABLE,
    GOLDEN & NELSON, P.C
8   320 South Boston Avenue, Suite 200
    Tulsa, OK  74103-3706
9   Telephone  (918) 594-0400
    Facsimile  (918) 594-0505
10
    ATTORNEYS FOR PLAINTIFFS
11
                UNITED STATES DISTRICT COURT
12
             NORTHERN DISTRICT OF CALIFORNIA
13

14  WILTEL COMMUNICATIONS, LLC and          Case No.  CV 13 1719-NC
    LEVEL 3 COMMUNICATIONS, LLC,
15
                        Plaintiffs,          **ORDER GRANTING PLAINTIFFS'**
16                                           **UNOPPOSED REQUEST FOR LEAD**
    v.                                       **TRIAL COUNSEL TO ATTEND CASE**
17                                           **MANAGEMENT CONFERENCE BY**
    HILLSIDE DRILLING, INC.,                 **TELEPHONE**
18
                        Defendant.
19

20

21          This matter comes before the Court this __22__ day of __July__ 2013, pursuant to

22  Plaintiffs WilTel Communications, LLC and Level 3 Communications, LLC's (collectively

23  "Level 3") Unopposed Request for their lead counsel, James J. Proszek, to attend the Case

24  Management Conference scheduled for 10:00 a.m. on Wednesday, July 24, 2013 by telephone.

25  The Court, having reviewed the request, finds that for good cause shown, Level 3's request

26  should be granted.

27

28

1    IT IS THEREFORE ORDERED that Level 3's lead trial counsel, James J. Proszek, may

2  attend the Initial Case Management Conference by telephone.

3

4

5

6    NATHA...

UNITED...                                                        ...JDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -        ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST
FOR LEAD TRIAL COUNSEL TO ATTEND CASE
MANAGEMENT CONFERENCE BY TELEPHONE