Craig A. Pinedo, State Bar No. 191337
*cpinedo@pinedolaw.com*
PINEDOLAW
425 California Street, 19th Floor
San Francisco, CA  94104
Telephone  (415) 693-9155
Facsimile  (415) 421-1815

and

James J. Proszek, *Pro Hac Vice*
jproszek@hallestill.com
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone  (918) 594-0400
Facsimile  (918) 594-0505

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTEL COMMUNICATIONS, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HILLSIDE DRILLING, INC., <br><br> Defendant. | Case No.  CV 13 1719-NC <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

This matter comes before the Court this  22  day of   July    2013, pursuant to Plaintiffs WilTel Communications, LLC and Level 3 Communications, LLC's (collectively "Level 3") Unopposed Request for their lead counsel, James J. Proszek, to attend the Case Management Conference scheduled for 10:00 a.m. on Wednesday, July 24, 2013 by telephone. The Court, having reviewed the request, finds that for good cause shown, Level 3's request should be granted.

1   IT IS THEREFORE ORDERED that Level 3's lead trial counsel, James J. Proszek, may
2   attend the Initial Case Management Conference by telephone.

6   _____
    NATHANAEL M. COUSINS
7   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

- 2 -  ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE